JS-6

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11   KEITH DESMOND TAYLOR,         )   Case No.: CV 17-0478 RGK
12            Petitioner,          )   JUDGMENT
                                   )
13        vs.                      )
                                   )
14   RON DAVIS, Warden, California State )
                                   )
15   Prison at San Quentin,        )
                                   )
16            Respondent.          )

17        IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant
18   to the Order Denying and Dismissing Petition for Writ of Habeas Corpus dated
19   November 17, 2017, this matter is DISMISSED without prejudice as this Court has
20   no jurisdiction over these claims at this time.  It is further ordered no Certificate of
21   Appealability shall issue.
22
23   **IT IS SO ORDERED**.
24   Dated this 17th day of November 2017
25                                   _____
26                                        R. GARY KLAUSNER
                                     UNITED STATES DISTRICT JUDGE
27
28